UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MIKE O'LAUGHLIN, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:13CV1669 JAR |
| DILL PLUMBING, INC., | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs' Motion for Attorneys' Fees and Court Costs (ECF No. 18). On January 10, 2014, the Court granted Plaintiffs' Motion for Summary Judgment (ECF No. 17). In that Order, the Court ordered Plaintiffs to file any brief in support of their request for attorneys' fees and costs no later than January 24, 2014 and Defendant to file any opposition no later than January 31, 2014. Plaintiffs filed their Motion for Attorneys' Fees and Court Costs on January 14, 2014, but Defendant has not filed any opposition to the Motion.

Upon review of Plaintiffs' Motion, the Court finds that Plaintiffs' requested attorneys' fees and costs are reasonable and properly supported by an affidavit.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Award of Attorneys' Fees and Court Costs [18] is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs are awarded $1,827.00 in attorneys' fees and $511.45 in court costs for a total of $2,338.45.

Dated this 6th day of February, 2014.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**